IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dawn French, | No. CV-13-02123-PHX-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| Quality Resources, Inc., et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation for Dismissal With Prejudice (Doc. 14), and good cause appearing,

IT IS ORDERED granting the parties' Stipulation for Dismissal With Prejudice (Doc. 14).

IT IS FURTHER ORDERED directing the Clerk's Office to dismiss the above-entitled action with prejudice, each party to bear their own costs.

DATED this 28th day of January, 2014.

_____
Neil V. Wake
United States District Judge